ROUTH CRABTREE OLSEN, P.S.  　　Honorable Judge Frank L. Kurtz
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE　(425) 458-2121
FACSIMILE　(425) 458-2131

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re

Allen C Loun and
Michelle E Loun

　　　　　　　　　　Debtors.

Chapter 7
No.: 07-01632-FLK7

DECLARATION IN SUPPORT OF
MOTION FOR RELIEF FROM STAY
by Countrywide Home Loans, Inc.

The undersigned declares as follows:

1. I am a citizen of the United States, over the age of 21 years of age and not a party to the above captioned action.

2. I am employed as local counsel for Countrywide Home Loans, Inc..

3. In my role as local counsel for Countrywide Home Loans, Inc., I have a regular opportunity to review system transmissions and loan data reports. I am familiar with the process by which Countrywide Home Loans, Inc. maintains its loan records. I am competent to review loan records and evaluate status based upon those records. Entries in the records are made at or near the time of the event recorded by or with information from a person with knowledge of the event recorded.

4. Countrywide Home Loans, Inc.'s records on the loan that is the subject of present litigation reflect that the loan, at the time of filing, is in default for payments falling due on and after February 1, 2007. The monthly payment amount is currently $1,649.21.

Declaration in Support of Motion for Relief From Stay
Page - 1

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

07-01632-FLK7    Doc 12    Filed 05/31/07    Entered 05/31/07 14:01:38    Pg 1 of 2

5. The Principal Balance due on the loan is $350,138.04.

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

Dated this 31 day of May, 2007.

/s/Lance Olsen
Attorney for Creditor

Declaration in Support of Motion for Relief From Stay
Page - 2

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

07-01632-FLK7    Doc 12    Filed 05/31/07    Entered 05/31/07 14:01:38    Pg 2 of 2