**In re** Loun, Allen C. &
Loun, Michelle E.

Case No. 07-01632
**(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Ellensburg house (residence) 4615 Vantage Hwy. Ellensburg, WA 98926 | Fee simple | C | $519,000 | $449,638 |
| Monroe House (non-residence) 11614 227th Ave SE Monroe, WA 98272 | Fee simple | W | $302,200 | $454,868 |
| | | Total of This Page ▶ | $821,200 | |
| | | Total of All Pages ▶ | $821,200 | |

Page 1 of 1

**In re** Loun, Allen C. &
Loun, Michelle E.

**Case No.** 07-01632
**(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo checking account, Ellensberg, WA branch | | $1,500 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Furniture, Radio, TV, DVD player, Clocks, Shelves, Lamps, Washer and Dryer, Kitchen utensils and machines, etc. Located at home | | $3,438 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectables. | | Books, Records, Pictures, Wall decotrating, etc. | | $1,362 |
| 6. Wearing apparel. | | Clothing | | $300 |
| 7. Furs and jewelry. | | Costume Jewelry (chains and bracelets) ($50) Wedding Rings ($250) | | $300 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

**In re** Loun, Allen C. &
Loun, Michelle E.

Case No. 07-01632
(If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest (s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | Joint Debtor's investment accont | C | $4,000 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

07-01632-FLK7    Doc 18    Filed 05/31/07    Entered 05/31/07 22:06:04    Pg 3 of 39    loun

**In re** Loun, Allen C. &
Loun, Michelle E.

Case No. 07-01632
**(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) in customer lists or similar compilations provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Ford Mustang<br>2000 Ford Excursion<br>1998 enclosed box trailer (bad condition) | C<br>C<br>C | $7,000<br>$8,015<br>$1,200 |

**In re** Loun, Allen C. &
Loun, Michelle E.

Case No. 07-01632
(If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computer & printer | | $200 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Cats, Dogs, (rescued) Horses | | $0 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Form B6B-Cont'd
(10/05)

**In re** Loun, Allen C. &
    Loun, Michelle E.

Case No. <u>07-01632</u>
           **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Tools (saw, wrech, hand tools) | | $500 |
| Household goods | C | Corn King pottery dishes | | $475 |
| | | Total of Continuation Sheet | | |
| | | 0 continuation sheets attached    Total ▶ | $ | 28,290 |
| | | (Include amounts from any continuation sheets attached. | | |

In re   Loun, Allen C. &
       Loun, Michelle E.                      Case No. 07-01632
               Debtor/Codebtor                                         (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(2):                    ☐ Check if debtor claims a homestead exemption that exceeds
☒ 11 U.S.C. § 522(b)(3):                       $136,875

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Furniture, Radio, TV, DVD player, Clocks, Shelves, Washer and Dryer | RCW 6.15.010(3)(a) | $4,800 | $4,800 |
| Books | RCW 6.15.010(2) | $100 | $100 |
| Jewelry | RCW 6.5.010(1) | $300 | $300 |
| Keepsakes (records, ceramics, decorations, etc) and pictures | RCW 6.15.010(2) | $1,262 | $1,262 |
| Residential house located in Ellensburg, WA | RCW 6.13.030 | $125,000 | $449,638 |
| 2001 Ford Mustang | RCW 6.15.010(3)(c) ($5000 exmpt) | $5,000 | $7,000 |
| 2001 Ford Mustang | RCW 6.15.010(3)(b) ($2000 exmpt) | $2,000 | $7,000 |
| clothing | RCW 65.010(1) | $300 | $300 |
| Corn King Pottery dishes | RCW 6.15.010(3)(a) | $400 | $400 |
| Tools of trade | RCW 6.15.010(4)(c) | $500 | $500 |
| computer and printer | RCW 6.15.010(3)(a) | $200 | $200 |

In re  Loun, Allen C. &
       Loun, Michelle E.
           **Debtor**

Case No. ___07-01632___
           **(if known)**

# SCHEDULE D— CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and donot disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife,Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT NO.<br><br>Countrywide Home Loan<br>8521 Fallbrook Ave., #WH11<br>West Hill, CA 91304 | | C | 2005 to present Mortgage account Ellensburg residence house, loan #2<br><br>VALUE $ 519,000 | | | | $399,882 | |
| ACCT NO. 88746542<br><br>Countrywide Home Loans<br>8521 Fallbrook Ave., #WH11<br>West Hill, CA 91304 | | W | 2005 to present Mortgage account Monroe non-residence house; loan #1<br><br>VALUE $ 302,200 | | | | $350,138 | |
| ACCT NO.<br><br>Countrywide Home Loan<br>8521 Fallbrook Ave., #WH11<br>West Hill, CA 91304 | | C | 2006 to present Mortgage account Ellensburg residence house; loan #1<br><br>VALUE $ 519,000 | | | | $49,756 | |

## SCHEDULE D— CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT NO.<br><br>Whidbey Island Bank<br>P.O. Box 1589<br>Oak Harbor, WA 98277 | C | | Vehicle<br>2000 Ford Excursion<br><br>VALUE $ 8,015 | | | | $10,500 | |
| ACCT NO. 428967228<br><br>Homecoming Financial Net<br>2711 N Haskell Ave Suite 1000<br>Dallas, TX 75204-2911 | C | | 2006 to present<br>Mortgage Account<br>Montana<br>non-residence house<br>(foreclosed on 22<br>VALUE $ 0 | | | | $430,000 | |
| ACCT NO.<br><br>Indymac Bank Home Loan<br>6900 Beatrice Dr<br>Kalamazoo, MI 49009 | W | | 2006 to present<br>Mortgage account<br>Monroe non-residence<br>house; loan #2<br>VALUE $ 302,200 | | | | $104,730 | |

Total (Use only on last page) ▶ | $1,345,006 |

(Report total also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6E (04/07) Debtor

In re Loun, Allen C. &     Case No. _____07-01632_____
     Loun, Michelle E.
                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

[X] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

[ ] **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

[ ] **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

[ ] **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ] **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

[ ] **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

[ ] **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

[ ] **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

[ ] **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

[ ] **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

*MacForms (509) 535-4382*              _____ **continuation sheets attached**

loun

In re Loun, Allen C. &
     Loun, Michelle E.
                 **Debtor**

Case No. 07-01632
               (if known)

# SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistica Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT NO.<br><br>Accurate Communications<br>E. 13515 29th Ave.<br>Spokane, WA 99216 | C | H | 02/07/2007<br>Business debt | | | | $40 |
| ACCT NO.<br><br>ADT<br>1801 West Bay Drive NW, Ste. 206<br>Olympia, WA 98502 | C | H | 12/11/2006<br>Business debt | | | | $33 |
| ACCT NO. 8131-18<br><br>Ann Sack Tile & Stone<br>8120 NE 33rd Dr.<br>Portland, OR 97211 | C | H | 01/16/2007<br>Business debt | | | | $209 |
| ACCT NO. GL6195<br><br>AT&T<br>175 E. Houston St.<br>San Antonio, TX 78205 | C | H | 12/01/2006;<br>01/01/2007<br>Business debt | | | | $571 |

*MacForms (509) 535-4382*

Debtor

In re Loun, Allen C. &
Loun, Michelle E.

Case No. 07-01632 07-01632

# SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT NO.<br><br>Bank One/Chase<br>1111 Polaris Pkwy., #A-3<br>Columbus, OH 43240 | C | H | 09/03/2006;<br>10/03/2006;<br>01/03/2007<br>Business debt | | | | $14,436 |
| ACCT NO.<br><br>Beaulieu Carpets<br>1502 Coronet Dr.<br>Dalton, GA 30722-1248 | C | H | 02/13/2007<br>Business debt | | | | $1,358 |
| ACCT NO.<br><br>Better Business Bureau<br>4200 Wilson Blvd, Suite 800<br>Arlington, VA 22203-1838 | C | H | 09/30/2006<br>Business debt | | | | $470 |
| ACCT NO. 4888607009339269<br><br>Bank of America<br>1000 Samoset Dr<br>Wilmington, DE 19884 | | C | 1983 to present revolving account | | | | $10,892 |
| ACCT NO. 68209006793799<br><br>Bank of America<br>4161 Piedmont PKWY<br>NC4-105-01-34<br>Greensboro, NC 27410-8110 | | C | 1991 to present line of credit account | | | | $9,224 |
| ACCT NO. 65010003623136<br><br>Bank of America<br>9000 Southside Blvd<br>Bldg 600 FL9-600-0<br>Jacksonville, FL 32256 | | C | 2005 to present installment account | | | | $10,063 |

*MacForms (509) 535-4382*

Debtor

In re Loun, Allen C. &
Loun, Michelle E.

Case No. 07-006132
07-01632

## SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT NO.<br><br>Boise Cascade/OFFICE MAX<br>1111 West Jefferson Street<br>PO Box 50<br>Boise, ID 83728 | C | H | 01/01/2007<br>Business debt | | | | $332 |
| ACCT NO.<br><br>Debbie & Steven Cady<br>c/o Rodney Moody<br>3802 Colby Ave.<br>Everett, WA 98201 | C | C | plaintiffs in business lawsuit against Debtors; judgement issued April, 2007 | | | D | $249,079 |
| ACCT NO. 4253302400252660<br><br>Chase Bank USA NA<br>800 Brooksedge Blvd<br>Westerville, OH 43081 | | C | 1990 to present revolving account | | | | $8,915 |
| ACCT NO. 4388575232118567<br><br>Chase/Bank One Card serv<br>800 Brooksedge Blv<br>Westerville, OH 43091 | | C | 2003 to present open account | | | | $11,986 |
| ACCT NO. 540163016399070<br><br>Chase/Bank One Card Serv<br>800 Brooksedge Blv<br>Westerville, OH 43091 | | C | 1999 to present revolving account | | | | $3,212 |
| ACCT NO. 5795-02<br><br>Chinook Lumber<br>17606 Highway 9<br>Snohomish WA 98005 | C | H | 12/11/2006;<br>01/31/2007<br>Business debt | | | | $195 |

Debtor

In re   Loun, Allen C. &
     Loun, Michelle E.

Case No. ___07-01632___
       07-00632
         (if known)

## SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT NO.<br><br>The City of Snoqualmie<br>8020 Railroad Ave SE<br>Snoqualmie, WA 98065 | C | H | 02/02/2007<br>Business debt | | | | $25 |
| ACCT NO.<br><br>The City of Cle Elum<br>119 West 1st<br>Cle Elum, WA 98922 | C | H | 01/06/2007-02/06/2007 Business debt | | | | $637 |
| ACCT NO.<br><br>City of Lynnwood<br>19100 44th Ave West<br>Lynnwood, WA 98036 | C | H | 01/01/2007 Business debt | | | | $148 |
| ACCT NO.<br><br>Copiers Etcetera, Inc.<br>15712 Mill Creek Blvd.<br>Mill Creek WA 98012 | C | H | 01/31/2007<br>Business debt | | | | $534 |
| ACCT NO.<br><br>Cronin Co., The<br>PO Box 2924<br>Portland, OR 97208 | C | H | 02/08/2007-2/21/2007<br>Business debt | | | | $7,454 |
| ACCT NO.<br><br>Culligan<br>20 Constitution Blvd. South,<br>Shelton, CT 06484 | C | H | 01/17/2007; 01/23/2007;<br>02/12/2007 Business debt | | | | $58 |

**Debtor**

In re  Loun, Allen C. &
Loun, Michelle E.

Case No. 07-01632
07-006632

(if known)

# SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT NO.<br><br>The Daily Herald Company<br>PO Box 930<br>Everett, WA 98206 | C | H | 11/30/2006;<br>02/29/2007<br>Business debt | | | | $254 |
| ACCT NO.<br><br>Dal Tile<br>PO Box 100396<br>Pasadena, CA 91189-0396 | C | H | 02/06/2007-02/27/2007<br>Business debt | | | | $2,812 |
| ACCT NO.<br><br>Dex Media - Attn: Legal Department<br>198 Inverness Drive<br>Inglewood, CO  80112 | C | H | yellow pages ad | | | | $345 |
| ACCT NO.<br><br>Michell Dittman<br>c/o Rodney Moody<br>3802 Colby Ave.<br>Everett, WA  98201 | C | C | plaintiffs in business lawsuit against Debtors; judgement issued April, 2007 | | | D | $1<br><br>Notice Only |
| ACCT NO.<br><br>Emerson Hwd INC.<br>14071 NE 200th Street<br>Woodinville, WA 98072 | C | H | 02/09/2007<br>Business debt | | | | $1,320 |
| ACCT NO.<br><br>Emser Tile LLC<br>PO Box 69339<br>Los Angeles, CA 90069-0339 | C | H | 12/14/2006; 01/16/2007 Business debt | | | | $597 |

Debtor

In re  Loun, Allen C. &
Loun, Michelle E.

Case No. ___07-006632___
(if known)

## SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT NO.<br><br>The Evans Company<br>1457 130th Ave NE<br>Bellevue, WA 98005-2253 | C | H | 12/21/2006-02/13/2007<br>Business debt | | | | $30,200 |
| ACCT NO. 5791-08<br><br>Floor Supply Dist. Inc.<br>PO Box 3005<br>Spokane, WA 99220-3005 | C | H | 12/22/2006; 01/31/2007<br>Business debt | | | | $511 |
| ACCT NO.<br><br>Florida Tile Ceramic Center<br>PO Box 538474<br>Alanta, GA 30353-8474 | C | H | 02/01/2007-02/21/2007<br>Business debt | | | | $951 |
| ACCT NO.<br><br>Frontier Bank<br>17000 Avondale Way NE<br>P.O. Box 805<br>Redmond, WA 98073 | C | C | Line of Credit attached to business receivables. | | | | $350,000 |
| ACCT NO. 2402279A<br><br>Integra Telecom<br>Corporate Headquarters<br>1201 NE Llyod Blvd. Suite 500<br>Portland, OR 97232 | C | H | 09/01/2006-008/2007<br>Business debt | | | | $1,081 |
| ACCT NO.<br><br>Mary & Bill Keilgass<br>c/o Rodney Moody<br>3802 Colby Ave.<br>Everett, WA 98201 | C | C | plaintiffs in business lawsuit against Debtors; judgement issued April, 2007 | | | D | $1<br>Notice Only |

Debtor

In re   Loun, Allen C. &
         Loun, Michelle E.

Case No. _____07-01632_____
                        (if known)

# SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT NO.<br><br>Kelly Goodwin Co. Inc.<br>PO BOX 58388<br>Tukwila, WA 98138-1388 | C | H | 12/20/2006-01/23/2007<br>Business Debt | | | | $5,889 |
| ACCT NO.<br><br>Logical Connections NW, Inc.<br>c/o David Dockter<br>P.O. Box 30668<br>Seattle, WA 98113 | C | H | 02/12/2007<br>Business debt | | | | $643 |
| ACCT NO. 8230-08<br><br>M & M Building Supplies<br>609 E 1st St.<br>Cle Elum, WA 98922-1242 | C | H | 01/29/2007 | | | | $177 |
| ACCT NO.<br><br>Master Builders Assoc<br>335-116th AVE. SE<br>Bellevue, WA 98004 | C | H | 09/30/2006<br>Business debt | | | | $600 |
| ACCT NO.<br><br>Metropolitan Hardwood Floors<br>PO Box 12700<br>Seattle, WA 98111 | C | H | 01/04/2007-02/22/2007<br>Business debt | | | | $5,671 |
| ACCT NO.<br><br>MicroBlend Technologies, Inc.<br>1416 W. San Pedro St. Ste. 101<br>Gilbert, AZ 85233 | C | H | 11/27/2006-01/29/2007 Business<br>debt | | | | $9,414 |

Debtor

In re Loun, Allen C. &
Loun, Michelle E.

Case No. 07-01632
07-006832

(if known)

# SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT NO.<br><br>Mohawk Factoring Inc.<br>160 S Industrial Blvd<br>Calhoun, GA 30701-3030 | C | H | 09/01/2006-02/22/2007<br>Busines debt | | | | $60,830 |
| ACCT NO. 5636-01<br><br>Northstar Marble<br>3337 Paine<br>Everett, WA 98201 | C | H | 10/31/2006 Business debt | | | | $1,600 |
| ACCT NO. SI2716<br><br>NW Shipping Room Supply Inc.<br>38 S. Oreas St.<br>Seattle, WA 98108-2443 | C | H | 02/14/2007 Business debt | | | | $219 |
| ACCT NO.<br><br>Office Max<br>12006 120th Place NE<br>Kirkland, WA 98034 | C | H | 02/01/2007 Business debt | | | | $133 |
| ACCT NO.<br><br>Paint Sundries Solutions<br>Distribution Center<br>930 7th Ave.<br>Kirkland, WA 98033 | C | H | 10/11/2006-01/27/2007 Business debt | | | | $6,041 |
| ACCT NO.<br><br>Pental Marble & Granite<br>713 S Fidalgo St.<br>Seattle, WA 98108-2615 | C | H | 02/16/2007-02/27/2007 Business debt | | | | $485 |

Debtor

In re  Loun, Allen C. &
Loun, Michelle E.

Case No. ___07-01632___
(if known)

## SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT NO.<br><br>Petrocard Systems, Inc.<br>730 Central Ave S<br>Kent, WA 98032-6109 | C | H | 01/31/2007-02/29/2007 Business debt | | | | $1,167 |
| ACCT NO.<br><br>Port Decor<br>4810 North Lagoon Ste. 400<br>Portland, OR 97217 | C | H | 01/02/2007-02/22/2007 Business debt | | | | $2,809 |
| ACCT NO.<br><br>Portland direct Tile & Marble<br>2516 SE 8th Ave<br>Portland, OR 97202 | C | H | 01/18/2007-02/01/2007 Business debt | | | | $297 |
| ACCT NO.<br><br>Puget Sound Energy<br>PO Box 97034<br>Bellevue, WA 98009-9734 | C | H | 01/09/2007-02/13/2007 Business debt | | | | $1,867 |
| ACCT NO.<br><br>Qwest Dex<br>c/o CT Corporation System<br>1801 West Bay Drv. NW, Ste. 206<br>Olympia, WA  98502 | C | H | 12/09/2006-02/09/2007 Business debt | | | | $187 |
| ACCT NO.<br><br>Reillo Tile Co.<br>19515 N. Creek Pkwy Ste. 300<br>Bothell, WA 98011-8200 | C | H | 01/09/2007-02/28/2007 Business debt | | | | $523 |

07-01632-FLK7    Doc 18    Filed 05/31/07    Entered 05/31/07 22:06:04    Pg 19 of 39

Debtor

In re  Loun, Allen C. &
       Loun, Michelle E.

Case No. 07-01632
07-00632
(if known)

# SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT NO.<br><br>R.M. Bator Lumber Inc.<br>920 East 1st Street<br>Cle Elum, WA  98922 | C | H | 10/05/2006-01/01/2007 Business debt (lumber) | | | | $387 |
| ACCT NO. GL1350<br><br>Rodda Paint Company<br>6107 N Marine Drv.<br>Portland, OR 97203-6409 | C | H | 10/16/2006-01/17/2007 Business debt | | | | $3,039 |
| ACCT NO.<br><br>Royalty Carpet Mills<br>17111 Red Hill Ave<br>Irvine, CA 92614-5607 | C | H | 02/01/2007-02/08/2007 Business debt | | | | $5,845 |
| ACCT NO.<br><br>Sea-Pac Cochrane<br>PO Box 24994<br>Seattle, WA 98124-0994 | C | H | 12/27/2006-02/28/2007 Business debt | | | | $8,033 |
| ACCT NO. 5121071794182638<br><br>Sears/CBSD<br>8725 W Sahara Ave<br>The Lakes, NV 98163-7802 | | C | 1986 to present revolving account | | | | $2,667 |
| ACCT NO.<br><br>Shaw. Ind.<br>PO Box 840016<br>Dallas, TX 75284-0016 | C | H | 02/06/2007-02/28/2007 Business debt | | | | $14,330 |

Page  10      *MacForms  (509) 535-4382*

Debtor

In re   Loun, Allen C. &
          Loun, Michelle E.

Case No. ___07-01632___
(if known)

## SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT NO.<br><br>Source Window Coverings<br>8329 216th St. SE<br>Woodinville, WA 98072 | C | H | 11/03/2006-01/17/2007 Business debt | | | | $2,636 |
| ACCT NO.<br><br>Sprint/Nextel<br>6500 Harbour Hieghts Pkwy., Ste. 400<br>Mukilteo, WA 98275 | C | H | 02/24/2007 Business debt | | | | $348 |
| ACCT NO. ST2717<br><br>Stanton Carper, Corporation<br>300 Union Grove Rd. SE<br>Calhoun, GA 30701-362 | C | H | 09/06/2006 Business debt | | | | $46 |
| ACCT NO.<br><br>Stone Depot<br>2228 Occidental Ave S.<br>Seattle, WA 98134 | C | H | 12/20/2006-02/16/2007 Business Debt | | | | $20,150 |
| ACCT NO.<br><br>Seattle Glass Block<br>609 238th Street SE Ste. 100<br>Woodinville, WA 98072 | C | H | 01/09/2007-01/22/2007 Business debt | | | | $2,095 |
| ACCT NO.<br><br>Stone Traders International<br>3012 Smith Ave. Ste. B<br>P.O. Box 358<br>Everett, WA 98201 | C | H | 12/06/2006; 12/22/2006 Business debt | | | | $6,773 |

Debtor

In re  Loun, Allen C. &
Loun, Michelle E.

Case No. 07-01632
07-01632

(if known)

## SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT NO. ST2708<br><br>Sunbelt Rentals/Super Rant<br>P.O. Box 5943<br>1823 Andover Park West<br>Seattle, WA 98188 | C | H | 12/29/2006 Business debt | | | | $35 |
| ACCT NO. 5825-2<br><br>Surface Art, Inc.<br>P.O. Box 58943<br>18323 Andover Park West<br>Seattle, WA 98188 | C | H | 02/08/2007 Business debt | | | | $23 |
| ACCT NO.<br><br>Susan D. Kollmar<br>4994 Oxford Rd.<br>Longmont, CO 80503-8805 | C | H | 08/25/2006<br>Business debt; cash loan; no collateral | | | | $86,090 |
| ACCT NO.<br><br>T & A Supply<br>PO Box 927<br>Kent, WA 98035-0927 | C | H | 01/31/2007-02/09/2007 Business debt | | | | $1,653 |
| ACCT NO.<br><br>Texaco Gas/Fleet Management<br>6500 Harbour Hights Pkwy., Ste. 400<br>Mukilteo, WA  98275 | C | H | 02/27/2007<br>Business debt | | | | $54 |
| ACCT NO. 5829-1<br><br>Thompson Tile & Stone<br>3900 E Alki Avenue<br>Spokane, WA 99202-4643 | C | H | 01/31/2007 Business debt | | | | $91 |

07-01632-FLK7      Doc 18      Filed 05/31/07      Entered 05/31/07 22:06:04      Pg 22 of 39

Debtor

In re  Loun, Allen C. &
        Loun, Michelle E.

Case No. 07-01632
07-006632

(if known)

# SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT NO. 5812-03<br><br>Tierra Sol Ceramic Tile<br>18436 Cascade Ave S.<br>Tukwila, WA 98188 | C | H | 02/5/2007 Business debt | | | | $142 |
| ACCT NO.<br><br>Unique Carpets Ltd<br>7360 Jurupa Ave.<br>Riverside, CA 92504 | C | H | 10/31/2006 Business debt | | | | $2,710 |
| ACCT NO.<br><br>United Tile<br>PO BOX 4000<br>Portland, OR 97208-4000 | C | H | 02/05/2007-03/30/2007 Business debt | | | | $1,630 |
| ACCT NO. 61686369098<br><br>US BANK<br>425 Walnut St<br>Cincinnati, OH 45202-3923 | | C | 1999 to present line of credit account | | | | $27,131 |
| ACCT NO.<br><br>Verizon Wireless<br>3100 Cumberland Blvd SE, Ste. 900<br>Atlanta, GA 30339 | C | H | 01/23/2007 Business debt | | | | $85 |
| ACCT NO.<br><br>Wanke Cascade<br>PO Box 17068<br>Portland, OR 97217-0068 | C | H | 02/15/2007-02/22/2007 Business debt | | | | $3,748 |

*MacForms (509) 535-4382*

07-01632-FLK7    Doc 18    Filed 05/31/07    Entered 05/31/07 22:06:04    Pg 23 of 39

**Debtor**

In re Loun, Allen C. &
Loun, Michelle E.

Case No. 07-01632

(if known)

## SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT NO.<br><br>West Valley Hwd Floor Dist<br>21234 West Valley Hwy.<br>Kent, WA 98032 | **C** | **H** | 02/20/2007; 02/21/2007 Business debt | | | | $4,755 |
| ACCT NO.<br><br>Yellow Book USA<br>398 Reckson Plz<br>Uniondale, NY 11556 | **C** | **H** | yellow pages ad | | | | $345 |

Total ▶ | $1,011,334

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re _Loun, Allen C. &
       Loun, Michelle E.

Case No. ___07-01632___
(If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to
one of the leases or contracts, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

[X] Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE, WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

_____ continuation sheets attached

**In re** Loun, Allen C. &
      Loun, Michelle E.

Case No. ___07-01632___
              **(If known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| David Gillette<br>6801 Interurban Blvd.<br>Snohomish, WA 98296 | Frontier Bank<br>17000 Avondale Way NE<br>P.O. Box 805<br>Redmond, WA 98073<br><br>Susan D. Kollmar<br>4994 Oxford Rd.<br>Longmont, CO 80503-8805<br><br>Bank One/Chase<br>1111 Polaris Pkwy., #A-3<br>Columbus, OH 43240<br><br>Tierra Sol Ceramic Tile<br>18436 Cascade Ave S.<br>Tukwila, WA 98188<br><br>AT&T<br>175 E. Houston St.<br>San Antonio, TX 78205<br>Tierra Sol Ceramic Tile<br>18436 Cascade Ave S.<br>Tukwila, WA 98188<br><br>Accurate Communications<br>E. 13515 29th Ave.<br>Spokane, WA 99216<br><br>Ann Sack Tile & Stone<br>8120 NE 33rd Dr.<br>Portland, OR 97211<br><br>ADT<br>1801 West Bay Drive NW, Ste. 206<br>Olympia, WA 98502<br><br>Beaulieu Carpets<br>1502 Coronet Dr.<br>Dalton, GA 30722-1248 |

**In re** Loun, Allen C. &
      Loun, Michelle E.

**Case No.** _07-01632_
          **(If known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Boise Cascade/OFFICE MAX<br>1111 West Jefferson Street<br>PO Box 50<br>Boise, ID 83728<br>Better Business Bureau<br>4200 Wilson Blvd, Suite 800<br>Arlington, VA 22203-1838<br><br>The City of Snoqualmie<br>8020 Railraod Ave SE<br>Snoqualmie, WA 98065<br><br>Chinook Lumber<br>17606 Highway 9<br>Snohomish, WA 98005<br><br>Copiers Etcetera, Inc.<br>15712 Mill Creek Blvd.<br>Mill Creek, WA 98012<br><br>Cronin Co., The<br>PO Box 2924<br>Portland, OR 97208<br><br>Dal Tile<br>PO Box 100396<br>Pasadena, CA 91189-0396<br><br>The DAily Herald Company<br>PO Box 930<br>Everett, WA 98206<br><br>Emerson Hwd INC.<br>14071 NE 200th Street<br>Woodinville, WA 98072<br><br>Emser Tile LLC<br>PO Box 69339<br>Los Angeles, CA 90069-0339 |

**In re** Loun, Allen C. &
    Loun, Michelle E.

Case No. <u>07-01632</u>
                     **(If known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| David Gillette<br>6801 Interurban Bvld.<br>Snohomish, WA 98296 | The Evans Company<br>1457 130th Ave NE<br>Bellevue, WA 98005-2253<br><br>Floor Supply Dist. Inc.<br>PO Box 3005<br>Spokane, WA 99220-3005<br><br>Texaco Gas/Fleet Management<br>6500 Harbour Hights Pkwy., Ste. 400<br>Mukilteo, WA 98275<br><br>Integra Telecom<br>Corporate Headquarters<br>1201 NE Llyod Blvd. Suite 500 Portland, OR 97232<br>Florida Tile Ceramic Center<br>PO Box 538474<br>Alanta GA 30353-8474<br><br>Kelly Goodwin Co. Inc.<br>PO BOX 58388<br>Tukwila, WA 98138-1388<br><br>Logical Connections NW, Inc.<br>1225 N 43rd St.<br>Seattle, WA 98103<br><br>Master Builders Assoc<br>335-116th AVE. SE<br>Bellevue, WA 98004<br><br>Mohawk Factoring Inc.<br>160 S Industrial Blvd<br>Calhoun, GA 30701-3030<br><br>Port Decor<br>4810 North Lagoon Ste. 400<br>Portland, OR 97217 |

**In re** Loun, Allen C. &
      Loun, Michelle E.

Case No.   07-01632

                **(If known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| David Gillette<br>6801 Interurban Bvld.<br>Snohomish, WA 98296 | The City of Cle Elum<br>119 West 1st<br>Cle Elum, WA 98922<br><br>United Tile<br>PO BOX 4000<br>Portland, OR 97208-4000<br><br>Unique Carpets Ltd<br>7360 Jurupa Ave.<br>Riverside, CA 92504<br><br>Verizon Wireless<br>3100 Cumberland Blvd SE, Ste. 900<br>Atlanta, GA 30339<br><br>Wanke Cascade<br>PO Box 17068<br>Portland, OR 97217-0068<br><br>West Valley Hwd Floor Dist<br>21234 West Valley Hwy.<br>Kent, WA 98032<br><br>Rodney R. Moody<br>3802 Colby Ave.<br>Everett, WA 98201<br><br>City of Lynnwood<br>19100 44th Ave West<br>Lynnwood, WA 98036<br><br>Culligan<br>20 Constitution Blvd. South,<br>Shelton, CT 06484<br><br>MicroBlend Technologies, Inc.<br>1416 W. San Pedro St. Ste. 101<br>Gilbert, AZ 85233 |

**In re** Loun, Allen C. &
      Loun, Michelle E.

Case No.   07-01632
                            **(If known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| David Gillette<br>6801 Interurban Bvld.<br>Snohomish, WA  98296 | M & M Building Supplies<br>609 E 1st St.<br>Cle Elum, WA 98922-1242<br><br>Sprint/Nextel<br>6500 Harbour Hieghts Pkwy., Ste. 400<br>Mukilteo, WA  98275<br><br>Northstar Marble<br>3337 Paine<br>Everett, WA 98201<br><br>Surface Art, Inc.<br>P.O. Box 58943<br>18323 Andover Park West<br>Seattle, WA 98188<br>NW Shipping Room Supply Inc.<br>38 S. Oreas St.<br>Seattle, WA 98108-2443<br><br>Office Max<br>12006 120th Place NE<br>Kirkland, WA 98034<br><br>Petrocard Systems, Inc.<br>730 Central Ave S<br>Kent, WA 98032-6109<br><br>Pental Marble & Granite<br>713 S Fidalgo St.<br>Seattle, WA 98108-2615<br><br>Portland direct Tile & Marble<br>2516 SE 8th Ave<br>Portland, OR 97202<br><br>Puget Sound Energy<br>PO Box 97034<br>Bellevue WA 98009-9734 |

**In re** Loun, Allen C. &
     Loun, Michelle E.

Case No. ___07-01632_____
                          **(If known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| David Gillette<br>6801 Interurban Bvld.<br>Snohomish, WA  98296 | Qwest Dex<br>c/o CT Corp. System<br>1801 West Bay Drive NW, Ste. 206<br>Olympia, WA  98502<br>Reillo Tile Co.<br>19515 N. Creek Pkwy Ste. 300<br>Bothell, WA 98011-8200<br><br>R.M. Bator Lumber Inc.<br>920 East 1st Street<br>Cle Elum, WA  98922<br><br>Royalty Carpet Mills<br>17111 Red Hill Ave<br>Irvine, CA 92614-5607<br><br>Rodda Paint Company<br>6107 N Marine Drv.<br>Portland, OR 97203-6409<br><br>Sea-Pac Cochrane<br>PO Box 24994<br>Seattle, WA 98124-0994<br><br>Seattle Glass Block<br>609 238th Street SE Ste. 100<br>Woodinville WA 98072<br><br>Shaw. Ind.<br>PO Box 840016<br>Dallas, TX 75284-0016<br><br>Stanton Carper, Corporation<br>300 Union Grove Rd. SE<br>Calhoun, GA 30701-362<br><br>Source Window Coverings<br>8329 216th St. SE<br>Woodinville, WA 98072 |

**In re** Loun, Allen C. &
      Loun, Michelle E.

Case No. ___07-01632_____
                       **(If known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| David Gillette<br>6801 Interurban Bvld.<br>Snohomish, WA  98296 | Stone Traders International<br>3012 Smith Ave. Ste. B<br>P.O. Box 358<br>Everett, WA 98201<br>Stone Depot<br>2228 Occidental Ave S.<br>Seattle, WA 98134<br><br>Sunbelt Rentals/Super Rant<br>P.O. Box 5943<br>1823 Andover Park West<br>Seattle, WA 98188<br>T & A Supply<br>PO Box 927<br>Kent, WA 98035-0927<br><br>Thompson Tile & Stone<br>3900 E Alki Avenue<br>Spokane, WA 99202-4643<br><br>Paint Sundries Solutions<br>Corporate Office: Seattle<br>Distribution Center<br>930 7th Ave.<br>Dex Media - Attn: Legal Department<br>198 Inverness Drive<br>Inglewood, CO  80112<br><br>Yellow Book USA<br>398 Reckson Plz<br>Uniondale, NY  11556<br><br>Debbie & Steven Cady<br>c/o Rodney Moody<br>3802 Colby Ave.<br>Everett, WA  98201<br>Michell Dittman<br>c/o Rodney Moody<br>3802 Colby Ave.<br>Everett, WA  98201 |

**In re** Loun, Allen C. &
      Loun, Michelle E.

Case No. ___07-01632_____
                    **(If known)**

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| David Gillette<br>6801 Interurban Bvld.<br>Snohomish, WA  98296 | Mary & Bill Keilgass<br>c/o Rodney Moody<br>3802 Colby Ave.<br>Everett, WA  98201 |

In re _ Loun, Allen C. &
       Loun, Michelle E.
          Debtor/Codebtor

Case No.   07-01632
                 **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: MARRIED | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | General Manager | Not employed |
| Name of Employer | Finishing Touch Eastside | |
| How long employed | | |
| Address of Employer | 1575 132nd Avenue N.E. Bellevue, WA 98005 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 8,001.07 | $ 0.00 |
| 2. Estimate monthly overtime | $ | $ |
| 3. SUBTOTAL | $ 8,001.07 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 1,105.48 | $ 0.00 |
| b. Insurance | $ 496.08 | $ 0.00 |
| c. Union dues | $ 7.58 | $ 0.00 |
| d. Other (Specify): _____ | $ 116.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,725.14 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 6,275.93 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ |
| 8. Income from real property | $ 0.00 | $ |
| 9. Interest and dividends | $ 0.00 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ |
| 11. Social security or government assistance (Specify): _____ | $ 0.00 | $ |
| 12. Pension or retirement income | $ 0.00 | $ |
| 13. Other monthly income (Specify): | $ 0.00 | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 6,275.93 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 6,275.93 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Official Form 6J (10/06)

In re  Loun, Allen C. &
       Loun, Michelle E.
       _____
          Debtor/Codebtor

Case No.  _07-01632_____
                    (if known)

# SCHEDULE  J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

[X]  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. | Rent or home mortgage payment (include lot rented for mobile home) | $      2,984.00 |
| | Are real estate taxes included?        Yes  __X__   No _____ | |
| | Is property insurance included?        Yes  __X__   No _____ | |
| 2. | Utilities:  a.  Electricity and heating fuel | $      650.00 |
| | b.  Water and sewer | $      38.00 |
| | c.  Telephone | $      212.00 |
| | d.  Other _____ | $      226.00 |
| 3. | Home maintenance (repairs and upkeep) | $      62.50 |
| 4. | Food | $      375.00 |
| 5. | Clothing | $      15.00 |
| 6. | Laundry and dry cleaning | $      35.00 |
| 7. | Medical and dental expenses | $      225.50 |
| 8. | Transportation (not including car payments) | $      398.00 |
| 9. | Recreation, clubs and entertainment, newspapers, magazines, etc. | $      25.00 |
| 10. | Charitable contributions | $      0.00 |
| 11. | Insurance (not deducted from wages or included in home mortgage payments) | |
| | a.  Homeowner's or renter's | $      39.95 |
| | b.  Life | $      156.80 |
| | c.  Health | $      0.00 |
| | d.  Auto | $      138.58 |
| | e.  Other _____ | $      210.50 |
| 12. | Taxes (not deducted from wages or included in home mortgage payments) | |
| | (Specify) _____ | $      0.00 |
| 13. | Installment payments: (In chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
| | a.  Auto | $ _____ |
| | b.  Other _____ | $      0.00 |
| | c.  Other _____ | $      0.00 |
| 14. | Alimony, maintenance, and support paid to others | $      0.00 |
| 15. | Payments for support of additional dependents not living at your home | $      0.00 |
| 16. | Regular expenses from operation of business, profession, or farm (attach detailed statement) | $      0.00 |
| 17. | Other _____ | $      0.00 |
| 18. | AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $      5,791.83 |

19.  Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. | STATEMENT OF MONTHLY NET INCOME | |
| | a.  Average monthly income from Line 15 of Schedule I | $      6,275.93 |
| | b.  Average monthly expenses from, Line 18 above | $      5,791.83 |
| | c.  Monthly net income (a. minus b.) | $      484.10 |

In re  Loun, Allen C. &
       Loun, Michelle E.

Case No. <u>07-01632</u>
(if known)

Debtor/Codebtor

# SCHEDULE  J - CURRENT EXPENDITURES OF SPOUSE LIVING SEPARATELY

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

[X] Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)    $ _____400.00_
    Are real estate taxes included?     Yes _____ No _____
    Is property insurance included?     Yes _____ No _____
2. Utilities:  a.  Electricity and heating fuel    $ _____
          b.  Water and sewer    $ _____
          c.  Telephone    $ _____
          d.  Other _____    $ _____
3. Home maintenance (repairs and upkeep)    $ _____
4. Food    $ _____350.00_
5. Clothing    $ _____75.00_
6. Laundry and dry cleaning    $ _____
7. Medical and dental expenses    $ _____
8. Transportation (not including car payments)    $ _____275.00_
9. Recreation, clubs and entertainment, newspapers, magazines, etc.    $ _____25.00_
10. Charitable contributions    $ _____
11. Insurance (not deducted from wages or included in home mortgage payments)
          a.  Homeowner's or renter's    $ _____
          b.  Life    $ _____
          c.  Health    $ _____
          d.  Auto    $ _____
          e.  Other _____    $ _____
12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify) _____    $ _____
13. Installment payments: (In chapter 11, 12 and 13 cases, do not list payments to be included in the plan)
          a.  Auto    $ _____416.00_
          b.  Other _____    $ _____
          c.  Other _____    $ _____
14. Alimony, maintenance, and support paid to others    $ _____
15. Payments for support of additional dependents not living at your home    $ _____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)    $ _____
17. Other _____    $ _____
18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,
    if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $ ___1,541.00_

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
          a.  Average monthly income from Line 15 of Schedule I    $ _____0.00_
          b.  Average monthly expenses from, Line 18 above    $ ___1,541.00_
          c.  Monthly net income (a. minus b.)    $ __<1,541.00>_

Official Form 6 - Summary (10/06)

# United States Bankruptcy Court

EASTERN District Of WASHINGTON

In re   Loun, Allen C. &
      Loun, Michelle E.

Debtor/Codebtor:

Case No. 07-01632

Chapter Seven

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A — Real Property | YES | 1 | $ 821,200 | | |
| B — Personal Property | YES | 5 | $ 28,290 | | |
| C — Property Claimed as Exempt | YES | 1 | | | |
| D — Creditors Holding Secured Claims | YES | 2 | | $ 1,345,006 | |
| E — Creditors Holding Unsecured Priority Claims (Total of Claims on Sched E) | YES | 1 | | $ 0 | |
| F — Creditors Holding Unsecured Nonpriority Claims | YES | 14 | | $ 1,011,334 | |
| G — Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H — Codebtors | YES | 8 | | | |
| I — Current Income of Individual Debtor(s) | YES | 1 | | | $ 6,276 |
| J — Current Expenditures of Individual Debtor(s) | YES | 2 | | | $ 7,333 |
| TOTAL | | 36 | $ 849,490 | $ 2,356,340 | |

# United States Bankruptcy Court

_____ EASTERN _ District Of _WASHINGTON_

In re _Loun, Allen C. & ___
_ Loun, Michelle E. ___

Debtor/Codebtor:

Case No. _07-01632_____

Chapter _Seven_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $ | 0 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ | 0 |
| Student Loan Obligations (from Schedule F) | $ | 0 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0 |
| TOTAL | $ | 0 |

**State the following:**

| | | |
|---|---|---|
| Average Income  (from Schedule I, Line 16) | $ | 6,276 |
| Average Expenses (from Schedule J, Line 18) | $ | 7,333 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 3,931 |

**State the following:**

| | | | |
|---|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | 0 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 0 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | 0 |
| 4.  Total from Schedule F | | $ | 1,011,334 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | 1,011,334 |

**Official Form 6 - Declaration (10/06)**

**In re** Loun, Allen C. &
Loun, Michelle E.
Debtor/Codebtor:

Case No. __07-01632_____
**(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __36__ sheets (*total shown on summary page plus 2*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____
                                                                              Debtor

Date _____     Signature: _____
                                                                        (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-------------------------------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information  required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                          Social Security No.
of Bankruptcy Petition Preparer                                  *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address               Telephone:

X _____          _____
  Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

-------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                                        Signature: _____

                                        _____
                                        [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
-------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*