ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE    (425) 458-2121
FACSIMILE    (425) 458-2131

Honorable Judge Frank L. Kurtz
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

Allen C Loun
Michelle E Loun

Debtors.

No.: 07-01632-FLK7

ORDER GRANTING RELIEF FROM STAY
To Countrywide Home Loans, Inc.

    This matter came before the Court upon Countrywide Home Loans, Inc.'s motion for relief from stay. No objection was filed with the court within the time allowed. It appears for the reasons stated in the motion that the stay should be lifted as to the property located at 11614 227th Avenue Southast, Monroe, Washington 98272 and legally described as set forth Deed of Trust already on file.

    IT IS THEREFORE ORDERED that pursuant to 11 U.S.C. § 362 (d), the automatic stay is terminated as to Countrywide Home Loans, Inc., its successors and assigns, so that it may pursue its state remedies to enforce its security interest in the above-described property and/or as to enforcement of the deed of trust that is the subject of Countrywide Home Loans, Inc.'s motion.

    IT IS FURTHER ORDERED that this order shall be effective immediately, notwithstanding the provisions of F.R.B.P. 4001(a)(3) and shall continue in effect, absent further order of this court, notwithstanding conversion of the present case to a case under any other chapter.

Presented by:
**ROUTH CRABTREE OLSEN, P.S.**

/s/Lance E. Olsen
Lance E. Olsen, WSBA# 25130
Attorneys for Creditor

By Order of the Court

*Patricia L. Elser*
Patricia L. Elser
Deputy Clerk

06/19/2007 01:43:16 PM

Order Granting Relief from Stay
Page - 1

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ⬥ FACSIMILE (425) 458-2131