UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>**Allen C Loun**<br><br>**Michelle E Loun**<br><br>Debtor(s) | Case Number: **07-01632-FLK 7**<br><br>Chapter: **7**<br><br>**ORDER GRANTING WAIVER FROM ELECTRONIC FILING** |

THE COURT having read the Request for Waiver from Electronic Filing filed by Jose F. Vera on 6/17/07 and being fully advised in the premises;

NOW THEREFORE you are granted a waiver and may conventionally file documents in this case until July 20, 2007 , or until you are issued a password, whichever occurs first.

Once you are issued a password you are required to file subsequent documents electronically.

You are not required to electronically re-file any document you filed conventionally before you were issued a password.

In order to file documents electronically using ECF, it is required that the user be issued a password from the court. Training may be scheduled by contacting Kerrie Landrum (509) 353-2404 ext 212, e-mail kerrie_landrum@waeb.uscourts.gov or Chantelle Sliman (509) 454-5660 ext. 201, e-mail chantelle_sliman@waeb.uscourts.gov.

By Order of the Court

_Shannon D O'Brien_
Shannon D. O'Brien
Chief Deputy Clerk

06/20/2007 03:11:48 PM