**Form B18** (Official Form 18)(10/05)

# United States Bankruptcy Court

Eastern District of Washington
**Case No. <u>07−01632−FLK7</u>**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Allen C Loun                                        Michelle E Loun
  7019 Woodscreek Road                 4615 Vantage Hwy
  Monroe, WA 98272                     Ellensburg, WA 98926

Social Security No.:
  xxx−xx−0564                                         xxx−xx−6150

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                                  BY THE COURT

Dated: <u>10/15/07</u>                                       <u>Frank L Kurtz</u>
                                                          United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0980-2            User: trishe             Page 1 of 2                  Date Rcvd: Oct 15, 2007
Case: 07-01632                  Form ID: b18             Total Served: 92
```

The following entities were served by first class mail on Oct 17, 2007.

```
db         +Allen C Loun,    7019 Woodscreek Road,    Monroe, WA 98272-9677
jdb        +Michelle E Loun,    4615 Vantage Hwy,    Ellensburg, WA 98926-9012
aty        +David R Riley,    Weinstein & Riley,    2001 Western Avenue,    #400,    Seattle, WA 98121-3132
aty        +Jennifer Smitrovich,    2110 N Pacific St Suite 100,    Seattle, WA 98103-9181
aty        +Jose F Vera,    Vera & Associates, PLLC,    1725 Westlake Ave N Suite 101,    Seattle, WA 98109-6213
aty        +Lance E Olsen,    Routh Crabtree Olsen,    3535 Factoria Blvd,    Suite 200,
             Bellevue, WA 98006-1263
aty        +Matthew D. O'Conner,    Law Office of Matthew D. O'Conner,    8011 Greenwood Ave. N.,
             Seattle, WA 98103-4228
tr         +VanNoy Culpepper,    Culpepper & Culpepper,    601 North 1st Street, Suite A,
             Yakima, WA 98901-2282
ust        +US Trustee,    US Court House,    920 W Riverside Ave, Suite 593,    Spokane, WA 99201-1012
sp         +FRONTIER BANK,    c/o David R. Riley,    Weinstein & Riley, P.S.,    2001 Western Av., Suite 400,
             Seattle, WA 98121-3132,    U.S.
2475681    +ADT,    1801 West Bay Drive NW, Ste. 206,    Olympia, WA 98502-4311
2475683    +AT&T,    175 E. Houston St.,    San Antonio, TX 78205-2220
2475680    +Accurate Communications,    E. 13515 29th Ave.,    Spokane, WA 99216-0209
2475682    +Ann Sack Tile & Stone,    8120 NE 33rd Dr.,    Portland OR 97211-2018
2475685    +Beaulieu Carpets,    1502 Coronet Dr.,    Dalton, GA 30720-2664
2475686    +Better Business Bureau,    4200 Wilson Blvd, Suite 800,    Arlington, VA 22203-1898
2475690    +Boise Cascade/OFFICE MAX,    1111 West Jefferson Street,    PO Box 50,    Boise, ID 83728-0050
2513718     Chase Bank USA,    c/o Weinstein & Riley, P.S.,,    PO Box 3978,    Seattle, WA 98124-3978
2475694    +Chinook Lumber,    17606 Highway 9,    Snohomish WA 98296-8364
2475697    +City of Lynnwood,    19100 44th Ave West,    Lynnwood, WA 98036-5635
2475699    +Copiers Etcetera, Inc.,    15712 Mill Creek Blvd.,    Mill Creek WA 98012-1573
2475698    +Countrywide Home Loans,    8521 Fallbrook Ave., #WH11,    West Hill, CA 91304-3243
2475700    +Cronin Co., The,    PO Box 2924,    Portland, OR 97208-2924
2475701    +Culligan,    20 Constitution Blvd. South,,    Shelton, CT 06484-4302
2475703    +Dal Tile,    PO Box 100396,    Pasadena, CA 91189-0001
2475704    +Dex Media - Attn: Legal Department,    198 Inverness Drive,    Inglewood, CO 80112-5202
2475705    +Emerson Hwd INC.,    14071 NE 200th Street,    Woodinville, WA 98072-8411
2475706     Emser Tile LLC,    PO Box 69339,    Los Angeles, CA 90069-0339
2475708     Floor Supply Dist. Inc.,    PO Box 3005,    Spokane, WA 99220-3005
2475709     Florida Tile Ceramic Center,    PO Box 538474,    Alanta GA 30353-8474
2475710    +Frontier Bank,    17000 Avondale Way NE,    P.O. Box 805,    Redmond, WA 98073-0805
2475711    +Homecoming Financial Net,    2711 N Haskell Ave Suite 1000,    Dallas, TX 75204-2918
2475712    +Integra Telecom,    1201 NE Llyod Blvd. Suite 500,    Portland, OR 97232-1259
2475713     Kelly Goodwin Co. Inc.,    PO BOX 58388,    Tukwila, WA 98138-1388
2475714    +Logical Connections NW, Inc.,    1225 N 43rd St.,    Seattle, WA 98103-7407
2475715     M & M Building Supplies,    609 E 1st St.,    Cle Elum, WA 98922-1242
2475716    +Master Builders Assoc,    335-116th AVE. SE,    Bellevue, WA 98004-6407
2475717    +Metropolitan Hardwood Floors,    PO Box 12700,    Seattle, WA 98111-4700
2475718    +MicroBlend Technologies, Inc.,    1416 W. San Pedro St. Ste. 101,    Gilbert, AZ 85233-2409
2475719     Mohawk Factoring Inc.,    160 S Industrial Blvd,    Calhoun, GA 30701-3030
2475721     NW Shipping Room Supply Inc.,    38 S. Oreas St.,    Seattle, WA 98108-2443
2475720    +Northstar Marble,    3337 Paine,    Everett, WA 98201-5301
2475722    +Office Max,    12006 120th Place NE,    Kirkland, WA 98034-8220
2475723    +Paint Sundries Solutions,    930 7th Ave.,    Kirkland, WA 98033-5748
2475724     Pental Marble & Granite,    713 S Fidalgo St.,    Seattle, WA 98108-2615
2475725     Petrocard Systems, Inc.,    730 Central Ave S,    Kent, WA 98032-6109
2475726    +Port Decor,    4810 North Lagoon Ste. 400,    Portland, OR 97217-7674
2475727    +Portland direct Tile & Marble,    2516 SE 8th Ave,    Portland, OR 97202-1041
2475728     Puget Sound Energy,    PO Box 97034,    Bellevue WA 98009-9734
2475729     Qwest Dex,    19515 N. Creek Pkwy Ste. 300,    Bothell, WA 98011-8200
2475731    +R.M. Bator Lumber Inc.,    920 East 1st Street,    Cle Elum, WA 98922-1364
2475730     Reillo Tile Co.,    19515 N. Creek Pkwy Ste. 300,    Bothell, WA 98011-8200
2475732     Rodda Paint Company,    6107 N Marine Drv.,    Portland, OR 97203-6409
2475733    +Rodney R. Moody,    3802 Colby Ave.,    Everett, WA 98201-4940
2518535    +Royalty Carpet Mills,    c/o House of Adjustments Inc,    715 Mamaroneck Ave,    PO Box 780,
             Mamaroneck  NY 10543-0780
2475734     Royalty Carpet Mills,    17111 Red Hill Ave,    Irvine, CA 92614-5607
2475735     Sea-Pac Cochrane,    PO Box 24994,    Seattle, WA 98124-0994
2475736     Sears/CBSD,    8725 W Sahara Ave,    The Lakes, NV 98163-7802
2475742     Seattle Glass Block,    609 238th Street SE Ste. 100,    Woodinville WA 98072
2475737     Shaw. Ind.,    PO Box 840016,    Dallas, TX 75284-0016
2475738    +Source Window Coverings,    8329 216th St. SE,    Woodinville, WA 98072-8060
2475739    +Sprint/Nextel,    6500 Harbour Hieghts Pkwy., Ste. 400,    Mukilteo, WA 98275-4889
2475740    +Stanton Carper, Corporation,    300 Union Grove Rd. SE,    Calhoun, GA 30701-3626
2475741    +Stone Depot,    2228 Occidental Ave S.,    Seattle, WA 98134-1414
2475743    +Stone Traders International,    3012 Smith Ave. Ste. B,    P.O. Box 358,    Everett, WA 98206-0358
2475744     Sunbelt Rentals/Super Rant,    P.O. Box 5943,    1823 Andover Park West,    Seattle, WA 98188
2475745    +Surface Art, Inc.,    P.O. Box 58943,    18323 Andover Park West,    Seattle, WA 98188-4708
2475746     Susan D. Kollmar,    4994 Oxford Rd.,    Longmont, CO 80503-8805
2475747     T & A Supply,    PO Box 927,    Kent, WA 98035-0927
2475748    +Texaco Gas/Fleet Management,    6500 Harbour Hights Pkwy., Ste. 400,    Mukilteo, WA 98275-4889
2475696    +The City of Cle Elum,    119 West 1st,    Cle Elum, WA 98922-1105
2475695     The City of Snoqualmie,    8020 Railroad Ave SE,    Snoqualmie, WA 98065
2475702    +The Daily Herald Company,    PO Box 930,    Everett, WA 98206-0930
2475707    +The Evans Company,    1457 130th Ave NE,    Bellevue, WA 98005-2275
2475749     Thompson Tile & Stone,    3900 E Alki Avenue,    Spokane, WA 99202-4643
2475750    +Tierra Sol Ceramic Tile,    18436 Cascade Ave S.,    Tukwila, WA 98188-4729
2475753    +US BANK,    425 Walnut St,    Cincinnati, OH 45202-3937
2475751    +Unique Carpets Ltd,    7360 Jurupa Ave.,    Riverside, CA 92504-1025
```

```
District/off: 0980-2          User: trishe            Page 2 of 2              Date Rcvd: Oct 15, 2007
Case: 07-01632                Form ID: b18            Total Served: 92

2475752      United Tile,   PO BOX 4000,   Portland, OR 97208-4000
2475754     +Verizon Wireless,   3100 Cumberland Blvd SE, Ste. 900,   Atlanta, GA 30339-5930
2475755      Wanke Cascade,   PO Box 17068,   Portland, OR 97217-0068
2475756     +West Valley Hwd Floor Dist,   21234 West Valley Hwy.,   Kent, WA 98032-1909
2475757     +Yellow Book USA,   398 Reckson Plz,   Uniondale, NY 11556-3826
The following entities were served by electronic transmission on Oct 16, 2007.
smg          EDI: WADEPREV.COM Oct 16 2007 03:53:00     State of Washington,   Department of Revenue,
              2101 4th Ave, Ste 1400,   Seattle, WA  98121-2300
2475684     +EDI: CHASE.COM Oct 16 2007 03:53:00     Bank One/Chase,   1111 Polaris Pkwy., #A-3,
              Columbus, OH 43240-2031
2475687     +EDI: BANKAMER.COM Oct 16 2007 03:53:00     Bank of America,   1000 Samoset Dr,
              Wilmington, DE 19884-2211
2475689     +EDI: BANKAMER.COM Oct 16 2007 03:53:00     Bank of America,   9000 Southside Blvd,
              Bldg 600 FL9-600-0,   Jacksonville, FL 32256-0789
2475688      EDI: BANKAMER.COM Oct 16 2007 03:53:00     Bank of America,   4161 Piedmont PKWY,   NC4-105-01-34,
              Greensboro, NC 27410-8110
2475691     +EDI: CHASE.COM Oct 16 2007 03:53:00     Chase Bank USA NA,   800 Brooksedge Blvd,
              Westerville, OH 43081-2822
2511257      EDI: CHASE.COM Oct 16 2007 03:53:00     Chase Bank USA, NA,   PO BOX 15145,
              Wilmington, DE 19850-5145
2475692     +EDI: CHASE.COM Oct 16 2007 03:53:00     Chase/Bank One Card serv,   800 Brooksedge Blv,
              Westerville, OH 43081-2822
2520187      EDI: IRS.COM Oct 16 2007 03:53:00     Internal Revenue Service,   PO Box 21126,
              Philadelphia, PA  19114
                                                                                             TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Countrywide Home Loans, Inc.
cr           David Gillette
cr           Innerspace Flooring Concepts Inc
aty*        +VanNoy Culpepper,   Culpepper & Culpepper,   601 North 1st Street, Suite A,
              Yakima, WA 98901-2282
2475693*    +Chase/Bank One Card Serv,   800 Brooksedge Blv,   Westerville, OH 43081-2822
                                                                                        TOTALS: 3, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 17, 2007**                    **Signature:**     *Joseph Speetjens*