UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re: LOUN, ALLEN C § Case No. 07-01632
     LOUN, MICHELLE E §
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on May 16, 2007. The undersigned trustee was appointed on May 16, 2007.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of $19,624.67

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 0.00 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $19,624.67 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 11/24/2007. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,712.47. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,712.47, for a total compensation of $2,712.47. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $85.18, for total expenses of $85.18.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/01/2009     By:/s/VANNOY CULPEPPER
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-01632  
**Case Name:** LOUN, ALLEN C  
LOUN, MICHELLE E  
**Period Ending:** 10/01/09

**Trustee:** (670260) VANNOY CULPEPPER  
**Filed (f) or Converted (c):** 05/16/07 (f)  
**§341(a) Meeting Date:** 07/12/07  
**Claims Bar Date:** 11/24/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Ellensburg house (residence) 4615 Vantage Hwy., Inspection revealed no equity above homestead. | 519,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Wells Fargo checking acct | 1,500.00 | Unknown | | 4,250.36 | FA |
| 3 | Furniture | 3,438.00 | 0.00 | DA | 0.00 | FA |
| 4 | Books, records, misc | 1,362.00 | 0.00 | DA | 0.00 | FA |
| 5 | clothing | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | jewelry/wedding rings | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | Linsco Ledger Mutual Fund | 1,500.00 | Unknown | | 705.48 | FA |
| 8 | Joint Debtor's Linsco IRA | 623.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2001 Ford Mustang<br>No value to estate due to age of vehicle and costs of storage and sales costs. | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2000 Ford Excursion | 8,015.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1998 box trailer | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 12 | computer and printer | 200.00 | 0.00 | DA | 0.00 | FA |
| 13 | cats, dogs, rescued horses | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | tools | 500.00 | 0.00 | DA | 0.00 | FA |
| 15 | corn king pottery dishes | 475.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2006 tax refund  (u) | 0.00 | Unknown | | 8,947.07 | FA |
| 17 | 2007 tax refund--prorata  (u) | 0.00 | Unknown | | 2,435.00 | FA |
| 18 | wells fargo savings acct  (u) | 0.00 | 250.14 | | 250.14 | FA |
| 19 | wells fargo cking acct #2  (u) | 0.00 | 2,496.00 | | 2,496.00 | FA |
| 20 | wells fargo savings #2  (u) | 0.00 | 500.12 | | 500.12 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 40.50 | FA |
| 21 | Assets    Totals (Excluding unknown values) | $545,413.00 | $3,246.26 | | $19,624.67 | $0.00 |

**Major Activities Affecting Case Closing:**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 07-01632 | **Trustee:** (670260) VANNOY CULPEPPER |
| **Case Name:** LOUN, ALLEN C | **Filed (f) or Converted (c):** 05/16/07 (f) |
| LOUN, MICHELLE E | **§341(a) Meeting Date:** 07/12/07 |
| **Period Ending:** 10/01/09 | **Claims Bar Date:** 11/24/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** October 30, 2010    **Current Projected Date Of Final Report (TFR):** September 30, 2009 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 07-01632 | | **Trustee:** | VANNOY CULPEPPER (670260) |
| **Case Name:** | LOUN, ALLEN C | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | LOUN, MICHELLE E | | **Account:** | ***-*****70-19 - Time Deposit Account |
| **Taxpayer ID #:** | 13-7581928 | | **Blanket Bond:** | $2,000,000.00  (per case limit) |
| **Period Ending:** | 10/01/09 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Time Deposit Account Balance |
| 07/15/09 | | FUNDING ACCOUNT: ********7065 | transfer from mma to tda | 9999-000 | 15,000.00 | | 15,000.00 |
| 08/17/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.97 | | 15,001.97 |
| 09/16/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.85 | | 15,003.82 |
| 09/22/09 | | To Account #********7065 | Close CD via CD Rollover | 9999-000 | | 15,003.82 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,003.82 | 15,003.82 | $0.00 |
| | | | Less: Bank Transfers | | 15,000.00 | 15,003.82 | |
| | | | **Subtotal** | | 3.82 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3.82** | **$0.00** | |

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 07-01632  
**Case Name:** LOUN, ALLEN C  
LOUN, MICHELLE E  
**Taxpayer ID #:** 13-7581928  
**Period Ending:** 10/01/09  

**Trustee:** VANNOY CULPEPPER (670260)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****70-65 - Money Market Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/27/07 | {16} | US Treasury | 2006 tax refund | | 1224-000 | 8,947.07 | | 8,947.07 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | | 1270-000 | 0.29 | | 8,947.36 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | | 1270-000 | 4.55 | | 8,951.91 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | | 1270-000 | 4.09 | | 8,956.00 |
| 02/21/08 | | Michelle Loun | non-exempt proceeds | | | 8,202.10 | | 17,158.10 |
| | {2} | | wf cking balance | 4,250.36 | 1129-000 | | | 17,158.10 |
| | {7} | | Linsco balance | 705.48 | 1129-000 | | | 17,158.10 |
| | {18} | | wf savings balance | 250.14 | 1229-000 | | | 17,158.10 |
| | {19} | | wf cking #2 balance | 2,496.00 | 1229-000 | | | 17,158.10 |
| | {20} | | wf savings #2 balance | 500.12 | 1229-000 | | | 17,158.10 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | | 1270-000 | 2.06 | | 17,160.16 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | | 1270-000 | 3.18 | | 17,163.34 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | | 1270-000 | 2.39 | | 17,165.73 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 2.14 | | 17,167.87 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 2.18 | | 17,170.05 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 2.18 | | 17,172.23 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 2.04 | | 17,174.27 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 2.25 | | 17,176.52 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | | 1270-000 | 1.87 | | 17,178.39 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | | 1270-000 | 1.35 | | 17,179.74 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.21 | | 17,180.95 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.70 | | 17,181.65 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.65 | | 17,182.30 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.74 | | 17,183.04 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.70 | | 17,183.74 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.67 | | 17,184.41 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.74 | | 17,185.15 |
| 07/15/09 | | ACCOUNT FUNDED: ********7019 | transfer from mma to tda | | 9999-000 | | 15,000.00 | 2,185.15 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.39 | | 2,185.54 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.09 | | 2,185.63 |
| 09/22/09 | | From Account #********7019 | Close CD via CD Rollover | | 9999-000 | 15,003.82 | | 17,189.45 |
| 09/24/09 | {17} | Michelle Loun | tax refund settlement | | 1224-000 | 2,435.00 | | 19,624.45 |
| 09/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | | 1270-000 | 0.22 | | 19,624.67 |
| 09/29/09 | | To Account #********7066 | transfer from mma to dda | | 9999-000 | | 19,624.67 | 0.00 |

Subtotals : $34,624.67    $34,624.67

{} Asset reference(s)

Printed: 10/01/2009 04:11 PM    V.11.52

07-01632-FLK7    Doc 112    Filed 11/06/09    Entered 11/06/09 14:20:43    Pg 6 of 13

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 07-01632 | **Trustee:** VANNOY CULPEPPER (670260) |
| **Case Name:** LOUN, ALLEN C | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| LOUN, MICHELLE E | **Account:** \*\*\*-\*\*\*\*\*70-65 - Money Market Account |
| **Taxpayer ID #:** 13-7581928 | **Blanket Bond:** $2,000,000.00 (per case limit) |
| **Period Ending:** 10/01/09 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 34,624.67 | 34,624.67 | $0.00 |
| | | | Less: Bank Transfers | | 15,003.82 | 34,624.67 | |
| | | | **Subtotal** | | **19,620.85** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$19,620.85** | **$0.00** | |

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 07-01632 | **Trustee:** VANNOY CULPEPPER (670260) |
| **Case Name:** LOUN, ALLEN C <br> LOUN, MICHELLE E | **Bank Name:** JPMORGAN CHASE BANK, N.A. <br> **Account:** \*\*\*-\*\*\*\*\*70-66 - Checking Account |
| **Taxpayer ID #:** 13-7581928 | **Blanket Bond:** $2,000,000.00 (per case limit) |
| **Period Ending:** 10/01/09 | **Separate Bond:** N/A |

| 1 <br> Trans. Date | 2 <br> {Ref #} / Check # | 3 <br> Paid To / Received From | 4 <br> Description of Transaction | T-Code | 5 <br> Receipts $ | 6 <br> Disbursements $ | 7 <br> Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/29/09 | | From Account #\*\*\*\*\*\*\*\*7065 | transfer from mma to dda | 9999-000 | 19,624.67 | | 19,624.67 |
| | | | **ACCOUNT TOTALS** | | 19,624.67 | 0.00 | **$19,624.67** |
| | | | Less: Bank Transfers | | 19,624.67 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| CD # \*\*\*-\*\*\*\*\*70-19 | 3.82 | 0.00 | 0.00 |
| MMA # \*\*\*-\*\*\*\*\*70-65 | 19,620.85 | 0.00 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*70-66 | 0.00 | 0.00 | 19,624.67 |
| | **$19,624.67** | **$0.00** | **$19,624.67** |

{} Asset reference(s)

Printed: 10/01/2009 04:11 PM   V.11.52

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 24, 2007

**Case Number:** 07-01632  
**Debtor Name:** LOUN, ALLEN C

Page: 1

**Date:** October 1, 2009  
**Time:** 04:11:28 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | VANNOY CULPEPPER<br>3908 Creekside Loop #125<br>YAKIMA, WA 98902 | Admin Ch. 7 | | $2,712.47 | $0.00 | 2,712.47 |
| 200 | VANNOY CULPEPPER<br>601 N. 1ST ST., SUITE A<br>YAKIMA, WA 98901 | Admin Ch. 7 | | $85.18 | $0.00 | 85.18 |
| CTFEES 200 | U. S. Courts | Admin Ch. 7 | | $250.00 | $0.00 | 250.00 |
| ATTFEES 200 | VanNoy Culpepper, attorney | Admin Ch. 7 | | $1,777.50 | $0.00 | 1,777.50 |
| 1 610 | Kelly Goodwin Co. Inc.<br>PO BOX 58388<br>Tukwila, WA 98138-1388 | Unsecured | | $5,888.70 | $0.00 | 5,888.70 |
| 2 610 | West Valley Hwd Floor Dist<br>21234 West Valley Hwy.<br>Kent, WA 98032 | Unsecured | | $4,045.56 | $0.00 | 4,045.56 |
| 3 610 | Chase Bank USA, NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $28,605.54 | $0.00 | 28,605.54 |
| 4 -3 610 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850 | Unsecured | | $3,357.12 | $0.00 | 3,357.12 |
| 5 -3 610 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850 | Unsecured | | $9,223.10 | $0.00 | 9,223.10 |
| 6 610 | Royalty Carpet Mills<br>c/o House of Adjustments Inc<br>715 Mamaroneck Ave, PO Box 780<br>Mamaroneck, NY 10543 | Unsecured | Withdrawn 1-28-08, Docket # 88 | $0.00 | $0.00 | 0.00 |
| 7 -2 610 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Unsecured | | $0.00 | $0.00 | 0.00 |
| 8 610 | Susan D. Kollmar<br>4994 Oxford Rd.<br>Longmont, CO 80503-8805 | Unsecured | | $91,994.92 | $0.00 | 91,994.92 |
| 9 610 | Chase Bank USA, NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $12,334.81 | $0.00 | 12,334.81 |
| 10 610 | Frontier Bank<br>17000 Avondale Way NE<br>P.O. Box 805<br>Redmond, WA 98073 | Unsecured | | $342,918.74 | $0.00 | 342,918.74 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 24, 2007

**Case Number:** 07-01632  
**Debtor Name:** LOUN, ALLEN C

Page: 2

**Date:** October 1, 2009  
**Time:** 04:11:28 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 610 | Frontier Bank<br>17000 Avondale Way NE<br>P.O. Box 805<br>Redmond, WA 98073 | Unsecured | | $52,276.64 | $0.00 | 52,276.64 |
| 12 610 | Matthew D. O'Conner<br>8011 Greenwood Ave. N.<br>Seattle, WA 98103 | Unsecured | | $355.50 | $0.00 | 355.50 |
| 13 620 | Innerspace Flooring Concepts/Dave Gillette<br>Vera & Associates PLLC<br>2110 N Pacific St, Suite 100<br>Seattle, WA 98103 | Unsecured | | $444,342.97 | $0.00 | 444,342.97 |
| 14 620 | LVNV Funding LLC its successors and assigns as<br>assignee of Citibank<br>Resurgent Capital Services, PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $3,371.29 | $0.00 | 3,371.29 |
| << Totals >> | | | | 1,003,540.04 | 0.00 | 1,003,540.04 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-01632
Case Name: LOUN, ALLEN C
Trustee Name: VANNOY CULPEPPER

Claims of secured creditors will be paid as follows:

*Claimant*            *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | VANNOY CULPEPPER | $ 2,712.47 | $ |
| Attorney for trustee | VanNoy Culpepper, attorney | $ 1,777.50 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ 250.00 | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |
| Trustee | VANNOY CULPEPPER | $ | $ 85.18 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*      *Fees*      *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

07-01632-FLK7    Doc 112    Filed 11/06/09    Entered 11/06/09 14:20:43    Pg 11 of 13

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*
                                N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 551,000.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.7 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Kelly Goodwin Co. Inc. | $ 5,888.70 | $ 158.17 |
| 2 | West Valley Hwd Floor Dist | $ 4,045.56 | $ 108.66 |
| 3 | Chase Bank USA, NA | $ 28,605.54 | $ 768.33 |
| 4 -3 | CHASE BANK USA, NA | $ 3,357.12 | $ 90.17 |
| 5 -3 | CHASE BANK USA, NA | $ 9,223.10 | $ 247.73 |
| 8 | Susan D. Kollmar | $ 91,994.92 | $ 2,470.92 |
| 9 | Chase Bank USA, NA | $ 12,334.81 | $ 331.30 |
| 10 | Frontier Bank | $ 342,918.74 | $ 9,210.57 |
| 11 | Frontier Bank | $ 52,276.64 | $ 1,404.12 |
| 12 | Matthew D. O'Conner | $ 355.50 | $ 9.55 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 447,714.26 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 13 | Innerspace Flooring Concepts/Dave Gillette | $ 444,342.97 | $ 0.00 |
| 14 | LVNV Funding LLC its successors and assigns as | $ 3,371.29 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**